IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

v.  Case No. 4:24-cr-57-AW-MAF

AUSTIN KEITH HIBBERT,

   Defendant.
_____/

## ORDER REGARDING HEARING

Defendant moved to suppress certain statements. ECF No. 33. The court set a hearing to address the motion, and the government filed a response indicating it does not plan to introduce the statements at issue. ECF Nos. 34, 36. Although it appears the suppression issue might be resolved, the court will proceed with the hearing, which will serve as a pretrial conference.

SO ORDERED on May 5, 2025.

s/ *Allen Winsor*
United States District Judge